UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PCC FLOW TECHNOLOGIES LP, a Delaware limited partnership,

        Plaintiff,

   v.

TKD, INC., a California corporation; and AEROJET-GENERAL CORPORATION, an Ohio corporation,

        Defendants.

_____/

No. CIV-S-04-2612 MCE/JFM

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of the attorney for plaintiff, the court has determined that this case is settled.[1]

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before June 24, 2005.

///
///
///
///

---

[1] In light of the Court's Order Re: Settlement and Disposition, the May 23, 2005 Status Conference is vacated.

1  Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4 IT IS SO ORDERED.
5 DATED: May 17, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE